**Electronically Filed
Intermediate Court of Appeals
CAAP-13-0000509
08-JAN-2014
02:25 PM**

NO. CAAP-13-0000509

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

ASSOCIATION OF BEACHHOUSE OWNERS OF
KIAHUNA PLANTATION (Phases II, III-A, III-B, IV-A and V),
a Hawai'i non-profit association, Plaintiff-Appellant,
v.
ERIC A. KNUDSEN TRUST, et al., Defendants-Appellees,
and
JOHN DOES 1-10, et al., Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT
(CIVIL NO. 12-1-0288)

ORDER APPROVING THE JANUARY 2, 2014
STIPULATION AND REQUEST FOR DISMISSAL
WITH PREJUDICE OF APPEAL AND CLAIMS AND PARTIES
(By: Nakamura, C.J., Reifurth and Ginoza, JJ.)

Upon consideration of the "Stipulation and Request for Dismissal With Prejudice of Appeal and Claims and Parties" (Stipulation to Dismiss) filed on January 2, 2014 by Plaintiff-Appellant Association of Beachhouse Owners of Kiahuna Plantation, and the records and files herein,

IT IS HEREBY ORDERED that the Stipulation to Dismiss is approved, and the appeal is dismissed with prejudice. The parties shall bear their own appellate costs and fees.

DATED: Honolulu, Hawai'i, January 8, 2014.

Chief Judge

Associate Judge

Associate Judge